UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br> v.<br><br>E.G., a minor, identified through Office of Administrative Hearings Case No. 2015080481, by and through his parent, IDA GARRETT,<br><br>    Defendant. | No. 2:15-cv-02312-TLN-KJN<br><br>**ORDER RELATING CASES** |
| E.G., a minor, identified through Office of Administrative Hearings Case No. 2015080481, by and through his parent, IDA GARRETT,<br><br>    Plaintiff,<br><br> v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:16-cv-02412-MCE-AC |

1

1   Examination of the above-entitled actions reveal that they are related within the meaning
2   of Local Rule 123(a). The actions involve the same parties, the same underlying event and the
3   similar questions of law, and would therefore entail a substantial duplication of labor if heard by
4   different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a
5   substantial savings of judicial effort.

6   The parties should be aware that relating the cases under Local Rule 123 merely has the
7   result that these actions are assigned to the same judge. No consolidation of the actions is
8   affected. Under the regular practice of this Court, related cases are generally assigned to the
9   judge and magistrate judge to whom the first filed action was assigned.

10   IT IS THEREFORE ORDERED that the action denominated 2:16-cv-02412-MCE-AC is
11   hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for
12   all further proceedings. Any dates currently set in the reassigned case only are hereby
13   VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown
14   as: 2:16-cv-02412-TLN-KJN.

15   IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the
16   assignment of civil cases to compensate for this reassignment.

18   Dated: November 16, 2016

Troy L. Nunley
United States District Judge